CLAYTON S. GOSS, Respondent, *v.* C. S. GOSS & COMPANY et al., Appellants.

*Goss* v. *Goss & Co.*, 146 App. Div. 879, affirmed.
(Argued February 10, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered July 14, 1911, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover upon certain promissory notes.

*Henry Escher, Jr.*, for appellants.

*Frank H. Platt* and *Livingston Platt* for respondent.

Judgment as against appellant C. S. Goss & Co. affirmed; as against appellant Foster reduced to the same amount as that of judgment against Goss & Co., and as reduced affirmed; no costs in this court to any party; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Taking no part: MILLER, J.